# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00561-CV

**Roger Falk and Mario Jordan, Appellants**

**v.**

**Austin Independent School District, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001760, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an agreed motion advising that they "no longer wish to pursue this appeal," further requesting that this Court affirm the judgment of the trial court. We will grant this motion, in part, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f)

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Agreed Motion

Filed:   January 14, 2014